**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 08-7292**

───────────────

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

WAYNE LEE PRICE,

               Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg. Samuel G. Wilson, District Judge. (5:03-cr-70006-sgw)

───────────────

Submitted: January 7, 2009      Decided: January 13, 2009

───────────────

Before WILKINSON, GREGORY, and AGEE, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Wayne Lee Price, Appellant Pro Se. Jeb Thomas Terrien, Assistant United States Attorney, Harrisonburg, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Lee Price appeals the district court's order denying Price's motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Price, No. 5:03-cr-70006-sgw (W.D. Va. June 19 & July 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED